1014
Rev. 12/15

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Victor Felix**
4060 Highland Ave
San Diego, CA 92105
xxx–xx–0697
*No Known Aliases*

Case number: 16–04291–LA13
Chapter: 13
Judge Louise DeCarl Adler

# NOTICE OF FAILURE TO COMPLY WITH FILING REQUIREMENTS

YOU ARE HEREBY NOTIFIED that the Bankruptcy petition you filed on 7/14/16 has been accepted for filing but is defective for the reason indicated below. You must correct the defect no later than 10:00 a.m. on **7/15/16** or your case may be dismissed without further notice.

**File the Statement of Social Security Number (121) as required by Administrative Procedures.
File a Certificate of Credit Counseling, as required by Official Form 101, Part 5 (Box 1), and by FRBP 1007(b)(3). You indicate that you received a copy of the certificate of credit counseling.**

PLEASE RETURN THIS NOTICE WITH THE CORRECTED DOCUMENT(S).

Dated: 7/14/16

Barry K. Lander
Clerk of the Bankruptcy Court