# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 7/14/2016 |
| Case: 16–04291–LA13 | Form ID: 1014 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr         Thomas H. Billingslea       Billingslea@thb.coxatwork.com
aty       Tyson Takeuchi        tyson@tysonfirm.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Victor Felix      4060 Highland Ave     San Diego, CA 92105

TOTAL: 1