# Notice Recipients

| District/Off: 0974–3 | User: Admin. | Date Created: 8/3/2016 |
|---|---|---|
| Case: 16–04291–LA13 | Form ID: pdfO1 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr         Thomas H. Billingslea      Billingslea@thb.coxatwork.com
aty      Tyson Takeuchi     tyson@tysonfirm.com

                                                                                                           TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Victor Felix     4060 Highland Ave     San Diego, CA 92105
cr        Recovery Management Systems Corporation     25 SE 2nd Avenue, Suite 1120     Miami, FL 33131–1605

                                                                                                           TOTAL: 2